Patricia A. Savage, SBN 236235
Angela Hooper, SBN 334269
**LAW OFFICES OF PATRICIA A. SAVAGE**
1550 Humboldt Road, Suite 4
Chico, CA 95928
Telephone: (530) 809-1851
Facsimile: (530) 592-3865
Email: psavesq@gmail.com
Email: angelahooper.savagelaw@gmail.com

Attorneys for Plaintiffs Mike Green and John Selby

Patrick L. Deedon, SBN 245490
John R. Powell, SBN 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
Telephone: (530) 246-6050
Facsimile: (530) 246-6060
Email: pdeedon@maire-law.com
Email: jpowell@maire-law.com

Attorneys for Defendants American Valley Community Services District, Jim Doohan, Denny Churchill

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GREEN and JOHN SELBY<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN VALLEY COMMUNITY SERVICES DISTRICT, JIM DOOHAN DENNY CHURCHILL; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 2:21-cv-00131-WBS-DMC<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE** |

# RECITALS

1. Plaintiffs Mike Green and John Selby ("Plaintiffs") commenced this action by filing a complaint in the United States District Court Eastern District of California ("Eastern District") on or about January 22, 2021, against Defendants American Valley Community Services District, Jim Doohan, and Denny Churchill (collectively "Defendants"). Invoking jurisdiction through a federal question, Plaintiff's complaint alleged one cause of action for Retaliation under Fair Labor Standards Act (FLSA) 29 U.S.C. § 215(a)(3).

2. On April 21, 2021, Defendants filed a Motion to Dismiss Plaintiffs' First Cause of Action for Retaliation under the FLSA for failure to identify a qualifying protected activity under 29 U.S.C. § 215 *et seq.* Without Plaintiffs' first cause of action, Plaintiffs' complaint lacks subject matter jurisdiction. Defendants, further, moved to dismiss Plaintiffs' remaining causes of action for lack of supplemental jurisdiction.

3. The parties have met and conferred, and thereon agree, that Plaintiffs' first cause of action for Retaliation under the FLSA cannot be maintained and must be dismissed. The dismissal of Plaintiff's first cause of action deprives Plaintiffs' complaint of subject matter jurisdiction. Upon the dismissal of Plaintiffs' first cause of action, the Parties further agree that Plaintiffs' remaining state claims must also be dismissed for lack of supplemental jurisdiction.

4. Given that the Parties have agreed that dismissal without prejudice is warranted at this time, the parties respectfully request that Plaintiffs' Complaint filed in the Easter District, be dismissed without prejudice. The Parties agree to bear their own attorneys' fees and costs.

5. The Parties agree that all relevant statutes of limitations have been tolled while this case was pending, and further that they will remain tolled for thirty (30) days after dismissal of this matter to allow Plaintiffs to refile their complaint in Plumas County Superior Court.

//

//

//

## STIPULATION

NOW, THREFORE, Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate and agree that Plaintiffs' Complaint filed herein be dismissed without prejudice.

**IT IS SO STIPULATED.**

Date: June 3, 2021            LAW OFFICES OF PATRICIA A. SAVAGE

                                            _/s/ Patricia A. Savage_____
                                            Patricia A. Savage
                                            Angela Hooper
                                            Attorneys for Plaintiffs
                                            Mike Green and John Selby

Date: June 3, 2021            MAIRE & DEEDON

                                            _/s/ Patrick L. Deedon_____
                                            Patrick L Deedon
                                            James R. Powell
                                            Attorneys for Defendants
                                            American Valley Community Services District
                                            Jim Doohan, and Denny Churchill

## ORDER

Based on the Parties Stipulation, and good cause appearing therefore, IT IS ORDERED that Plaintiffs' Complaint is dismissed without prejudice and that all pending matters and dates set before this Court are hereby VACATED. This Court will take no further action regarding this case.

**IT IS SO ORDERED**.

Dated:  June 7, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE